UNITED STATES DISTRCIT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.: 05-80089-CR-COHN

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

RANDY CRAIG LEVINE,

        Defendant.

_____/

## **TEMPORARY NOTICE OF APPEARANCE**

I, Jason W. Kreiss, Esq., hereby enter a temporary appearance in this matter for Defendant, Randy Craig Levine.

**I HEREBY CERTIFY**, that a true and correct copy of the foregoing was electronically noticed through the CM/ECF system to all parties of record on this 31st day of August 2020

        Respectfully Submitted,

        /s/ *Jason W. Kreiss*
        JASON W. KREISS, ESQ. (#0087912)
        Attorney for the Defendant Randy C. Levine
        The Kreiss Law Firm
        1824 S.E. 4th Avenue
        Fort Lauderdale, FL 33316
        Ph:  954-525-1971
        Fax: 954-525-1978
        Jwk@kreisslaw.com