# COURT MINUTES/ORDER

## United States Magistrate Judge Alicia O. Valle

Courtroom 202     Date: 11/2/2020     Time: 11:00 a.m.

Defendant: Randy Craig Levine(J)    J#: _____    Case #: 05-Cr-80089-JIC
AUSA: Stephanie Evans    Attorney: Jason Kreiss, Esq. (temp)
Violation: False Statement Passport Application
Proceeding: Initial Appearance    CJA Appt: _____
Bond/PTD Held: ☐ Yes ☐ No    Recommended Bond: Detention
Bond Set at: _____    Co-signed by: _____

- ☑ Surrender and/or do not obtain passports/travel docs
- ☑ Report to PTS as directed/or ___ x's a week/month by phone: ___ x's a week/month in person
- ☐ Random urine testing by Pretrial Services Treatment as deemed necessary
- ☐ Refrain from excessive use of alcohol
- ☐ Participate in mental health assessment & treatment
- ☐ Maintain or seek full-time employment/education
- ☐ No contact with victims/witnesses
- ☐ No firearms
- ☐ Not to encumber property
- ☐ May not visit transportation establishments
- ☐ Home Confinement/Electronic Monitoring and/or Curfew ___ pm to ___ am, paid by ___
- ☐ Allowances: Medical needs, court appearances, attorney visits, religious, employment
- ☐ Travel extended to: _____
- ☐ Other: _____

Language: English

Disposition: Defendant present via video conference & verbally consents to proceed via VTC. Deft advised of rights & charges.
* Rule 5F Brady Order Entered.

**NEXT COURT APPEARANCE**    Date:    Time:    Judge:    Place:
Report RE Counsel: 11-6-2020 @ 10:30am Valle
PTD/Bond Hearing: 11-6-2020 @ 10:30am Valle
Prelim/Arraign or Removal: 11-6-2020 @ 10:30am Valle
Status Conference RE: _____
D.A.R. 11:35:44     Time in Court: 20mins

CHECK IF APPLICABLE: ____ For the reasons stated by counsel for the Defendant and finding that the ends of justice served by granting the ore tenus motion for continuance to hire counsel outweigh the best interests of the public & the Defendant in a Speedy Trial, the Court finds that the period of time from today, through and including _____, shall be deemed excludable in accordance with the provisions of the Speedy Trial Act, 18 USC 3161 et seq..

7