# COURT MINUTES/ORDER

## United States Magistrate Judge Alicia O. Valle

Courtroom 202                             Date: 11/6/2020    Time: 10:30am

Defendant: Randy Levine (J)         J#: 15425-509    Case #: 05-Cr-80089-JIC
AUSA: Stephanie D. Evans            Attorney: Jason Kreiss, Esq. (Temp)
Violation: False Statement Passport Application
Proceeding: Detention Hearing/Arr/RRC        CJA Appt:
Bond/PTD Held: ☐ Yes ☑ No       Recommended Bond: Detention
Bond Set at: Detention                Co-signed by:

- ☐ Surrender and/or do not obtain passports/travel docs
- ☐ ____ x's a week/month by phone: ____ x's a week/month in person
- ☐ Random urine testing by Pretrial Services ____ Treatment as deemed necessary
- ☐ Refrain from excessive use of alcohol
- ☐ Participate in mental health assessment & treatment
- ☐ Maintain or seek full-time employment/education
- ☐ No contact with victims/witnesses
- ☐ No firearms
- ☐ Not to encumber property
- ☐ May not visit transportation establishments
- ☐ Home Confinement/Electronic Monitoring and/or Curfew ____ pm to ____ am, paid by ____
- ☐ Allowances: Medical needs, court appearances, attorney visits, religious, employment
- ☐ Travel extended to: ____
- ☐ Other:

Language: English

Disposition:
Defendant present via video conference c consents to proceed via VTC.
Parties stipulate to Detention with a right to revisit.
Perm NOA to be filed via CM/ECF
Reading of Indictment Waived
Not Guilty plea entered
Jury trial demanded
Standing Discovery Order requested
* Brady Order Entered.
Further proceedings to be held before District Judge.

NEXT COURT APPEARANCE  Date:  Time:  Judge:  Place:
Report RE Counsel:
PTD/Bond Hearing:
Prelim/Arraign or Removal:
Status Conference RE:
D.A.R. 11:03:14                            Time in Court: 10 min.

CHECK IF APPLICABLE: ____ For the reasons stated by counsel for the Defendant and finding that the ends of justice served by granting the ore tenus motion for continuance to hire counsel outweigh the best interests of the public & the Defendant in a Speedy Trial, the Court finds that the period of time from today, through and including ____, shall be deemed excludable in accordance with the provisions of the Speedy Trial Act, 18 USC 3161 et seq..