```
1                    IN THE UNITED STATES DISTRICT COURT
                    FOR THE SOUTHERN DISTRICT OF FLORIDA
2                        WEST PALM BEACH DIVISION
                        CASE NO. 05-cr-80089-JIC-1
3

4

5   United States of America,        REMOTE VIDEO TELECONFERENCE

6                 Plaintiff,           Monday, November 2, 2020
         vs.
7                                    West Palm Beach, Florida
    Randy Craig Levine,
8
                 Defendant.              Pages 1 through 21
9

10

11

12
                 TRANSCRIPT OF INITIAL APPEARANCE HEARING
13                BEFORE THE HONORABLE ALICIA O. VALLE
                    UNITED STATES MAGISTRATE JUDGE
14

15

16

17  Appearance of Counsel:

18  For the Plaintiff:        Stephanie D. Evans, Esq.
                              United States Attorney's Office
19
    For the Defendant:        Jason Wyatt Kreiss, Esq.
20                            Jason W. Kreiss

21

22

23

24
    Transcribed By:           Judith M. Wolff
25                            Certified Realtime Reporter
```

Transcribed From Remote Video Teleconference Recording

1          (Court was called to order.)

2          COURTROOM DEPUTY:  United States of America vs. Randy

3   Craig Levine, Case No. 05-cr-80089, and Case No. 07-cr-80128.

4          Will counsel for the parties please identify

5   themselves for the record, beginning with the government.

6          MS. EVANS:  Good morning, your Honor.  Stephanie

7   Evans, for the United States.

8          THE COURT:  Ms. Evans.  Good morning.  Nice to meet

9   you.

10          And for the defense?

11          MR. KREISS:  Good morning, your Honor.  Jason Kreiss,

12   on behalf of Randy Craig Levine.  Nice to see you.

13          THE COURT:  Nice to see you again.

14          Mr. Kreiss, I see that you have entered a temporary

15   appearance.  Has that changed?

16          MR. KREISS:  No.  At this point my appearance is

17   temporary and I have spoken to Ms. Evans and hopefully we can

18   address that issue later this week.

19          THE COURT:  All right.  Thank you.

20          One more thing, Alicia.  Is this our last case?

21   Because I see that Mr. Wilcox and Mr. Day are dutifully

22   waiting to see if anything else is on the calendar.

23          COURTROOM DEPUTY:  Yes, this the last case, Judge.

24          THE COURT:  All right.  All right, guys.  You are

25   welcome to stay on the line, if you like.  But if not, you're

1   also free to leave.

2            UNIDENTIFIED MAN:  Thank you, your Honor.  Appreciate

3   it.

4            THE COURT:  You're welcome.

5            So Mr. Kreiss, there are two separate cases against

6   your client, I take it?  Two separate charges?

7            MR. KREISS:  Yes, your Honor.

8            THE COURT:  Okay.  All right.  So let's take it one

9   step at a time.

10           Mr. Levine, you are here on an initial appearance

11   on -- one is an indictment that was returned against you in

12   2005, and the other one is a second indictment that was

13   returned against you in 2007.  So those are the charges that

14   are against you.

15           Mr. Kreiss is here to represent you on a temporary

16   basis.  You will have to work out whether or not he can become

17   your permanent counsel and we'll talk a little more about that

18   later.

19           For so the first thing I would like to do in advising

20   you of the charges against you is to let you know, obviously,

21   none of us are in the courtroom.  We're all doing this

22   remotely.  We're trying to stay safe and avoid spreading

23   COVID.

24           So I want to ask you if you would agree to proceed by

25   video as you are doing?

```
1              THE DEFENDANT:  I agree.

2              THE COURT:  Thank you very much.

3              THE DEFENDANT:  You're welcome.

4              THE COURT:  Mr. Kreiss, any objection from you?

5              MR. KREISS:  None, your Honor.

6              THE COURT:  Ms. Evans?

7              MS. EVANS:  No, your Honor.

8              THE COURT:  All right.  Thank you all.

9              So the next thing, Mr. Levine, is for me to advise

10   you of your rights in connection with your appearance in court

11   today and at all future proceedings.

12             If at any point during the hearing today there is any

13   type of equipment malfunction or you can't see us or hear us,

14   please let us know, raise your hand, wave them around,

15   whatever you need to do it to get our attention so that we can

16   fix the problem, okay?

17             THE DEFENDANT:  Okay.

18             THE COURT:  All right.  Thank you.

19             First of all -- you're welcome -- you have the right

20   to remain silent.  Anything that you say can be used against

21   you by the government.

22             You have the right to have an attorney to represent

23   you, which I believe obviously you know, you've got Mr. Kreiss

24   here temporarily.

25             If you cannot afford to pay for a private attorney, I
```

1    can appoint a lawyer for you at no cost if I determine that

2    you meet certain financial conditions.

3           As well, you are entitled to have a bond hearing or a

4    detention hearing if the government requests that you be

5    detained pending a trial.

6           At that time either myself or another judge would

7    have a hearing and determine whether to release you on a

8    monetary bond or hold you pending trial.  Do you understand

9    that, sir?

10          THE DEFENDANT:  Yes, I do, ma'am.

11          THE COURT:  Okay.  Also if you are released on a

12   monetary bond, you are nonetheless subject to arrest,

13   revocation, or release and bearing civil or criminal sanctions

14   if you violate any of the nonmonetary special conditions that

15   I may set along with the monetary bond.  Do you understand

16   that, Sir?

17          THE DEFENDANT:  Yes, your Honor.

18          THE COURT:  Also, because of -- all right.  Are you a

19   United States citizen, sir?

20          THE DEFENDANT:  Yes, I am.

21          THE COURT:  Thank you.  All right.  So those are your

22   rights in connection with your appearance here today.

23          As I was saying, you are charged on two separate

24   indictments, two separate accusations.

25          The first one is a 2005 case which charges you with

1 | two counts.  Count 1 charges you with making a false statement
2 | in a passport application.  If you are convicted of that
3 | offense, you are looking at a maximum penalty of up to ten
4 | years in prison.
5 | The second count charges you with perjury and lying
6 | under oath.  If you're convicted of that offense, you are
7 | looking at a maximum penalty of five years in prison.
8 | On the second case, which is a 2007 case, it's a
9 | lengthier accusation, it's a lengthier indictment and it
10 | charges you with a total of 30 different counts, 30 different
11 | incidents of violating the law.
12 | Counts 1 through 7 charge you with wire fraud.  The
13 | maximum penalty on each of those counts is five years in
14 | prison.
15 | Counts 8 through 29 charge you also with wire fraud,
16 | and the maximum penalty for that is 20 years in prison.
17 | Ms. Evans, why the difference?
18 | MS. EVANS:  A law change, your Honor, in the penalty.
19 | THE COURT:  Thank you.
20 | And Count 30 charges you with mail fraud, which also
21 | has a 20-year maximum penalty.
22 | Do you understand that, sir?
23 | THE DEFENDANT:  I understand, your Honor.
24 | THE COURT:  All right.  Now those numbers that I just
25 | gave you, those are the maximum penalties that the law allows,

1  it is not a prediction of the sentence that you would receive

2  if you were to be convicted.  I merely tell you the statutory

3  maximum so that you get an idea of the serious nature of the

4  charges against you.

5          Do you understand that, Mr. Levine?

6          THE DEFENDANT:  Yes, I do.  Yes, I do, your Honor.

7          THE COURT:  All right.  Thank you.

8          And Mr. Kreiss, I know that you entered a temporary

9  appearance, correct?

10          MR. KREISS:  Correct, your Honor.

11          THE COURT:  What is the government's position on bond

12  as to Mr. Levine?

13          MS. EVANS:  Yes, your Honor.  We're seeking pretrial

14  detention based on risk of flight and danger to the community.

15          THE COURT:  And are you ready to proceed today?

16          MS. EVANS:  I spoke with Mr. Kreiss about this, and

17  we would like to have the hearing set for Friday, your Honor.

18          THE COURT:  Mr. Kreiss?  Is that correct?

19          MR. KREISS:  That would be great, your Honor.  Friday

20  would be excellent.

21          THE COURT:  All right.  I'm waiting for a time from

22  my courtroom deputy.

23          COURTROOM DEPUTY:  That would be Friday at 10:00 a.m.

24  -- 10:30, Judge.  Excuse me.

25          THE COURT:  All right.  So we will set Mr. Levine's

1   pretrial detention hearing as to both cases, Ms. Evans?

2          MS. EVANS:  As to both cases, your Honor.

3          And just so the record is clear, I contacted

4   (inaudible recording) recently.  The '07 case is a West Palm

5   Beach case and (inaudible recording) if we could proceed on

6   the initial appearance this morning, and he said he would.

7          If the Court would like me to, I can also call him

8   about the time (inaudible recording).

9          THE COURT:  Right.  That would be good.  If he

10  agrees.  You know, obviously, I don't mind doing it, but we do

11  need to get the duty magistrate judge's consent.  So thank you

12  for that.

13         I didn't even notice that it was a --

14         MS. EVANS:  Yes.  It hasn't been reassigned yet, your

15  Honor.  And I will be filing a motion to consolidate these

16  cases sometime this week, and bring them both to West Palm.

17         THE COURT:  All right.  So we will reset this matter

18  for Friday, at 10:30 in the morning before me, for the

19  detention hearing.

20         If the two of you somehow stipulate to a bond or

21  reach any kind of agreement, please let my courtroom deputy

22  know so we can take you off the 10:30 calendar and put you at

23  11:00 with the rest of the calendar.

24         MR. KREISS:  We're going to work together to see if

25  we can come up with a stipulation, and I think it's likely.

Transcribed From Remote Video Teleconference Recording

```
1   So we will definitely stay in touch with your courtroom
2   deputy.
3           THE COURT:  All right.  Excellent.
4           Before letting you all go, the last thing that I need
5   to do is, procedurally, to advise the government of its
6   obligations as required by the newly amended rule.  The United
7   States is ordered to produce all exculpatory evidence to the
8   defendant pursuant to Brady vs. Maryland and its progeny,
9   Giglio, which is (inaudible recording) material.
10          Not producing these materials in a timely manner may
11  result in sanctions against the government, including
12  exclusion of evidence, adverse jury instructions, dismissal of
13  charges.  A written order will follow on this as well.
14          We will also (inaudible recording) meet you all to do
15  a preliminary hearing date, unless Mr. Kreiss agrees to waive
16  that in the future.
17          Have you thought about that, Mr. Kreiss?
18          MR. KREISS:  I don't think it's (inaudible recording)
19  --
20          THE COURT:  I'm sorry.  I'm sorry.  I take it back.
21  It's an indictment.  I'm just on automatic pilot.  I haven't
22  seen an indictment in nine months.
23          MR. KREISS:  Neither have I.
24          THE COURT:  Yes.  So sorry about that.
25          Okay.  So --
```

1            MS. EVANS:  Your Honor, I have one other issue, if I

2  could have the Court's indulgence for a moment?

3            There is a unique issue in this case and that is that

4  Mr. Levine is (inaudible recording) pursuant to an extradition

5  order in Austria.

6            After that extradition order was entered, Mr. Levine

7  was charged by criminal complaint in the Southern District of

8  New York for various crimes completely unrelated to the crimes

9  charged in this case --

10           THE COURT:  Can I stop you for a minute?

11           MS. EVANS:  Yes.

12           THE COURT:  I'm sorry.  So he's here pursuant to --

13  he was extradited back here --

14           MS. EVANS:  Correct --

15           THE COURT:  -- to answer these two indictments?

16           MS. EVANS:  Correct.  Yes, yes.

17           THE COURT:  Okay.

18           MR. KREISS:  For these two cases, only.

19           MS. EVANS:  That's correct.  And that's the issue,

20  your Honor.

21           Last week, Mr. Levine was indicted by a grand jury

22  actually sitting in the Southern District of New York.  And he

23  was indicted for various crimes, including conspiracy to

24  commit securities fraud, wire fraud, commodities fraud, more

25  wire fraud, and engaging in monetary transactions (inaudible

1  recording) derived from classified unlawful activity.

2       Even though Mr. Levine is a United States citizen, he

3  is now on U.S. soil, the treaty that the United States

4  government has with Austria, requires the government of the

5  United States to seek and receive the consent of Austria in

6  order to answer to their charges that have now been lodged in

7  the Southern District of New York.

8       Mr. Levine however is now in the United States, and

9  he is not in Austria to personally answer to this extradition

10  request.

11       The Department of Justice's Office of International

12  Affairs has advised me that the United States will seek

13  Austria's consent to try the Southern District of New York

14  charges as well.

15       I have spoken with Mr. Kreiss about this.  I have

16  advised him that the prosecutors in New York also reached out

17  with a copy of the indictment, to let him know that an

18  indictment has been returned.

19       And a unique wrinkle here, your Honor, is that

20  normally a defendant who is present in a country, in this case

21  this is Austria, then an (audio technical interference)

22  attending he would have (audio technical interference).

23       MR. KREISS:  I'm sorry.  I didn't hear that.

24       THE COURT:  Hold on.  Hold on.  Lets give them a

25  chance to clear the cellblock.  We just have to work with the

1  marshals.

2           MS. EVANS:  That's okay.

3           Going back just a little bit.

4           So ordinarily, a defendant being extradited or is the

5  subject of an extradition proceeding, is in a foreign country

6  and can appear in court to answer to that extradition, either

7  by consent, or object and have a hearing where he could appear

8  in person.

9           Obviously that's not going to happen in this case

10 because Mr. Levine is already here in the United States, and

11 these proceedings are going to be happening in Austria, in

12 absentia, basically.

13          And my purpose in saying all of this this morning is

14 that if Mr. Levine was to make a statement concerning his

15 extradition on the Southern District of New York charges here

16 today, or on Friday at the bond hearing, or at his arraignment

17 which is going to be coming up soon, the United States will

18 obtain a copy of the transcript and provide it to the Austrian

19 government.

20          THE COURT:  Mr. Kreiss, did you get all that?

21          MR. KREISS:  I think so, your Honor.  And I have been

22 made aware that there was an indictment that was returned out

23 of the Southern District of New York, but the statement that

24 Ms. Evans is making this morning is the first I'm hearing of

25 it.

1            At this point in time, for purposes of this hearing,

2    Mr. Levine is not consenting to anything.  He is not

3    consenting to the jurisdiction of the Southern District of New

4    York on him personally.

5            This matter, the extradition matter had been pending

6    for a significant period of time.  And at this time Mr. Levine

7    is in the United States.  He doesn't have the ability to

8    address the court in Austria, and he was brought here

9    specifically to only answer the charges in the Southern

10   District of Florida.

11           And under the rule of specialty, I don't believe the

12   courts in the Southern District of New York would have

13   jurisdiction on the matter unless Mr. Levine would consent to

14   it and the -- or, the proper protocol would be filed in

15   Austria pursuant to the treaty, which has not been done as of

16   yet.

17           And again, this is the first I'm hearing of this

18   particular matter being addressed this morning.  Again, I was

19   made aware that an indictment was returned last week, but the

20   Southern District of New York has not obtained the extradition

21   of Mr. Levine.  That was done through the Southern District of

22   Florida only.

23           THE COURT:  Yes, I understand that.  I think the

24   point of Ms. Evans's statement was to put you on notice that

25   they would love to hear from your client, if you're so

1  inclined.

2         MR. KREISS:  Well, they won't.

3         THE COURT:  And that she would gladly forward the

4  transcript to New York in connection with that, should he

5  choose to consent to the extradition or jurisdiction.  And

6  that's something for you to consider and to speak with your

7  client about.

8         If at any point Mr. Levine wishes to consent to that

9  jurisdiction or has something to say about it, certainly you

10  would let us know.

11         MR. KREISS:  Maybe we could just readdress this

12  briefly, to see if there is a change, on Friday?  And I'm sure

13  I'll be hearing from the folks at the Southern District of New

14  York between now and then.

15         THE COURT:  All right.  Good.

16         Also, we can't proceed to arraignment because you

17  filed a temporary appearance.  I believe we would be ready for

18  appointment of counsel, would you accept appointment of

19  counsel on Friday?

20         MR. KREISS:  Sure.  We can meet with you Friday.

21         THE COURT:  And hopefully, by then, you'll have some

22  more information.

23         So we will set it over for appointment of counsel,

24  possible arraignment, and a PTD hearing for Friday.

25         MR. KREISS:  Correct.  Great.

```
1              THE COURT:  Okay.  We'll see you all back then.
2              Mr. Levine, you have got lots of stuff to talk to
3    your lawyer about.
4              THE DEFENDANT:  Thank you, your Honor.
5              THE COURT:  You've got a good lawyer, so you're in
6    good hands.
7              THE DEFENDANT:  Thank you so much, your Honor.
8              THE COURT:  All right.  Have a good day.
9              Anything else, anyone?
10             I guess I might as well do the Brady, just in case,
11   because this is a very old case anyway.
12             The United States is ordered to produce all
13   exculpatory evidence to the defendant pursuant to Brady vs.
14   Maryland, and it's progeny Giglio material.
15             Not doing so in a timely manner may result in
16   sanctions against the government, including exclusion of
17   evidence, adverse jury instructions, dismissal of charges, and
18   contempt proceedings.
19             Anything further from the government, Ms. Evans?
20             MS. EVANS:  No, your Honor.
21             THE COURT:  Mr. Kreiss, on behalf of the defendant?
22             MR. KREISS:  Nothing further, your Honor.  Thank you.
23             THE COURT:  All right.  We will see you all on
24   Friday.
25             Thank you very much.
```

Transcribed From Remote Video Teleconference Recording

```
1              Mr. Levine, good luck, sir.

2         THE DEFENDANT:  Thank you, ma'am.

3         MR. KREISS:  Thank you, your Honor.

4         THE COURT:  Have a good day.

5         And this concludes our calendar.  Thank you.

6

7    (Proceedings were adjourned.)

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

Transcribed From Remote Video Teleconference Recording

```
 1

 2                 TRANSCRIBER'S   CERTIFICATION

 3

 4          I, Judith M. Wolff, a Certified Realtime Reporter

 5   with offices in Smyrna, Georgia, do hereby certify:

 6

 7          That I reported on the Stenograph machine the

 8   proceedings recorded by video teleconference on Monday,

 9   November 2, 2020, in the matter of USA vs. Randy Craig Levine,

10   Case No. 05-cr-80089-JIC-1, and Case No. 07-cr-80128;

11

12          That "(inaudible recording)" and "(audio technical

13   interference)" designations are the result of inadequate audio

14   recording quality and audio interference due to technological

15   limitations beyond my control;

16

17          Said audio recording of the proceedings were reduced

18   to typewritten form by me; and that the foregoing transcript

19   is a true and accurate record of the proceedings to the best

20   of my skill and ability.

21

22          This, the 27th day of November, 2020.

23

24          s/ JUDITH M. WOLFF, CERTIFIED REALTIME REPORTER
            Signature of Court Reporter
25
```

Transcribed From Remote Video Teleconference Recording

COURTROOM DEPUTY: [3]   2/2 2/23 7/23
MR. KREISS: [18]
MS. EVANS: [14]   2/6 4/7 6/18 7/13
 7/16 8/2 8/14 10/1 10/11 10/14 10/16
 10/19 12/2 15/20
THE COURT: [43]
THE DEFENDANT: [11]   4/1 4/3 4/17
 5/10 5/17 5/20 6/23 7/6 15/4 15/7
 16/2
UNIDENTIFIED MAN: [1]   3/2

**'**

**'07 [1]**   8/4

**0**

**05-cr-80089 [1]**   2/3
**05-cr-80089-JIC-1 [2]**   1/2 17/10
**07-cr-80128 [2]**   2/3 17/10

**1**

**10:00 [1]**   7/23
**10:30 [3]**   7/24 8/18 8/22
**11:00 [1]**   8/23

**2**

**20 [1]**   6/16
**20-year [1]**   6/21
**2005 [2]**   3/12 5/25
**2007 [2]**   3/13 6/8
**2020 [3]**   1/6 17/9 17/22
**21 [1]**   1/8
**27th [1]**   17/22
**29 [1]**   6/15

**3**

**30 [3]**   6/10 6/10 6/20

**8**

**80089 [1]**   2/3
**80128 [2]**   2/3 17/10

**A**

**a.m [1]**   7/23
**ability [2]**   13/7 17/20
**about [9]**   3/17 7/16 8/8 9/17 9/24
 11/15 14/7 14/9 15/3
**absentia [1]**   12/12
**accept [1]**   14/18
**accurate [1]**   17/19
**accusation [1]**   6/9
**accusations [1]**   5/24
**activity [1]**   11/1
**actually [1]**   10/22
**address [2]**   2/18 13/8
**addressed [1]**   13/18
**adjourned [1]**   16/7
**adverse [2]**   9/12 15/17
**advise [2]**   4/9 9/5
**advised [2]**   11/12 11/16
**advising [1]**   3/19
**Affairs [1]**   11/12
**afford [1]**   4/25
**After [1]**   10/6
**again [3]**   2/13 13/17 13/18
**against [9]**   3/5 3/11 3/13 3/14 3/20
 4/20 7/4 9/11 15/16
**agree [2]**   3/24 4/1
**agreement [1]**   8/21
**agrees [2]**   8/10 9/15
**ALICIA [2]**   1/13 2/20
**all [29]**
**allows [1]**   6/25
**along [1]**   5/15
**already [1]**   12/10
**also [9]**   3/1 5/11 5/18 6/15 6/20 8/7
 9/14 11/16 14/16
**am [1]**   5/20
**amended [1]**   9/6
**America [2]**   1/5 2/2
**another [1]**   5/6
**answer [5]**   10/15 11/6 11/9 12/6 13/9
**any [6]**   4/4 4/12 4/12 5/14 8/21 14/8
**anyone [1]**   15/9
**anything [5]**   2/22 4/20 13/2 15/9

15/19
**anyway [1]**   15/11
**appear [2]**   12/6 12/7
**appearance [10]**   1/12 1/17 2/15 2/16
 3/10 4/12 5/22 7/9 8/6 14/17
**application [1]**   6/2
**appoint [1]**   5/1
**appointment [3]**   14/18 14/18 14/23
**Appreciate [1]**   3/2
**are [21]**
**around [1]**   4/14
**arraignment [3]**   12/16 14/16 14/24
**arrest [1]**   5/12
**ask [1]**   3/24
**attending [1]**   11/22
**attention [1]**   4/15
**attorney [2]**   4/22 4/25
**Attorney's [1]**   1/18
**audio [6]**   11/21 11/22 17/12 17/12 17/13
 17/14 17/17
**Austria [8]**   10/5 11/4 11/5 11/9
 11/21 12/11 13/8 13/15
**Austria's [1]**   11/13
**Austrian [1]**   12/18
**automatic [1]**   9/21
**avoid [1]**   3/22
**aware [2]**   12/22 13/19

**B**

**back [4]**   9/20 10/13 12/3 15/1
**based [1]**   7/14
**basically [1]**   12/12
**basis [1]**   3/16
**be [13]**   4/20 5/4 7/2 7/19 7/20 7/23
 8/9 8/15 12/11 12/17 13/14 14/13
 14/17
**BEACH [3]**   1/2 1/7 8/5
**bearing [1]**   5/13
**because [5]**   2/21 5/18 12/10 14/16
 15/11
**become [1]**   9/20
**been [6]**   8/14 11/6 11/18 12/21 13/5
 13/15
**before [3]**   1/13 8/18 9/4
**beginning [1]**   2/5
**behalf [2]**   2/12 15/21
**being [2]**   12/4 13/18
**believe [3]**   4/23 13/11 14/17
**best [1]**   17/19
**between [1]**   14/14
**beyond [1]**   17/15
**bit [1]**   12/3
**bond [7]**   5/3 5/8 5/12 5/15 7/11 8/20
 12/16
**both [3]**   8/1 8/2 8/16
**Brady [3]**   9/8 15/10 15/13
**briefly [1]**   14/12
**bring [1]**   8/16
**brought [1]**   13/8

**C**

**calendar [4]**   2/22 8/22 8/23 16/5
**call [1]**   8/7
**called [1]**   2/1
**can [11]**   2/17 3/16 4/15 4/20 5/1 8/7
 8/22 8/25 10/10 12/6 14/20
**can't [2]**   4/13 14/16
**cannot [1]**   4/25
**case [18]**
**cases [5]**   3/5 8/1 8/2 8/16 10/18
**cellblock [1]**   11/25
**certain [1]**   14/9
**certainly [1]**   14/9
**CERTIFICATION [1]**   17/2
**Certified [3]**   1/25 17/4 17/24
**certify [1]**   17/5
**chance [1]**   11/25
**change [2]**   6/18 14/12
**changed [1]**   2/15
**charge [2]**   6/12 6/15
**charged [3]**   5/23 10/7 10/9
**charges [15]**   3/6 3/13 3/20 5/25 6/1
 6/5 6/10 6/20 7/4 9/13 11/6 11/14
 12/15 13/9 15/17
**choose [1]**   14/5
**citizen [2]**   5/19 11/2

**civil [1]**   5/13
**classified [1]**   11/1
**clear [2]**   8/3 11/25
**client [3]**   3/6 13/25 14/7
**come [1]**   8/25
**coming [1]**   12/17
**commit [1]**   10/24
**commodities [1]**   10/24
**community [1]**   7/14
**complaint [1]**   10/7
**completely [1]**   10/8
**concerning [1]**   12/14
**concludes [1]**   16/5
**conditions [2]**   5/2 5/14
**connection [3]**   4/10 5/22 14/4
**consent [7]**   8/11 11/5 11/13 12/7
 13/13 14/5 14/8
**consenting [2]**   13/2 13/3
**consider [1]**   14/6
**consolidate [1]**   8/15
**conspiracy [1]**   10/23
**contacted [1]**   8/3
**contempt [1]**   15/18
**control [1]**   17/15
**convicted [3]**   6/2 6/6 7/2
**copy [2]**   11/17 12/18
**correct [7]**   7/9 7/10 7/18 10/14
 10/16 10/19 14/25
**cost [1]**   5/1
**could [4]**   8/5 10/2 12/7 14/11
**counsel [6]**   1/17 2/4 3/17 14/18
 14/19 14/23
**count [3]**   6/1 6/5 6/20
**Count 1 [1]**   6/1
**country [2]**   11/10 13/8
**counts [5]**   6/1 6/10 6/12 6/13 6/15
**court [7]**   1/1 2/1 4/10 8/7 12/6 13/8
 17/24
**Court's [1]**   10/2
**courtroom [4]**   3/21 7/22 8/21 9/1
**courts [1]**   13/12
**COVID [1]**   3/23
**cr [5]**   1/2 2/3 2/3 17/10 17/10
**Craig [4]**   1/7 2/3 2/12 17/9
**crimes [3]**   10/8 10/8 10/23
**criminal [2]**   5/13 10/7

**D**

**danger [1]**   7/14
**date [1]**   9/15
**day [4]**   2/21 15/8 16/4 17/22
**defendant [7]**   1/8 1/19 9/8 11/20
 12/4 15/13 15/21
**defense [1]**   2/10
**definitely [1]**   9/1
**Department [1]**   11/11
**deputy [3]**   7/22 8/21 9/2
**derived [1]**   11/1
**designations [1]**   17/13
**detained [1]**   5/5
**detention [2]**   5/4 7/14 8/1 8/19
**determine [2]**   5/1 5/7
**did [1]**   12/20
**didn't [2]**   8/13 11/23
**difference [1]**   6/17
**different [2]**   6/10 6/10
**dismissal [2]**   9/12 15/17
**DISTRICT [14]**   1/1 1/1 10/7 10/22
 11/7 11/13 12/15 12/23 13/3 13/10
 13/12 13/20 13/21 14/13
**DIVISION [1]**   1/2
**do [14]**   3/19 4/15 5/8 5/10 5/15 6/22
 7/5 7/6 7/8 8/10 9/5 9/14 15/10 17/5
**doesn't [1]**   13/7
**doing [4]**   3/21 3/25 8/10 15/15
**don't [3]**   8/10 9/18 13/11
**done [2]**   13/15 13/21
**due [1]**   17/14
**during [1]**   4/12
**dutifully [1]**   2/21
**duty [1]**   8/11

**E**

**each [1]**   6/13
**either [2]**   5/6 12/6
**else [2]**   2/22 15/9

**E**

engaging **[1]**   10/25
entered **[3]**   2/14 7/8 10/6
entitled **[1]**   5/3
equipment **[1]**   4/13
Esq **[2]**   1/18 1/19
Evans **[9]**   1/18 2/7 2/8 2/17 4/6 6/17
  8/1 12/24 15/19
Evans's **[1]**   13/24
even **[2]**   8/13 11/2
evidence **[4]**   9/7 9/12 15/13 15/17
excellent **[2]**   7/20 9/3
exclusion **[2]**   9/12 15/16
exculpatory **[2]**   9/7 15/13
Excuse **[1]**   7/24
extradited **[2]**   10/13 12/4
extradition **[9]**   10/4 10/6 11/9 12/5
  12/6 12/15 13/5 13/20 14/5

**F**

false **[1]**   6/1
filed **[2]**   13/14 14/17
filing **[1]**   8/15
financial **[1]**   5/2
first **[5]**   3/19 4/19 5/25 12/24 13/17
five **[2]**   6/7 6/13
fix **[1]**   4/16
flight **[1]**   7/14
FLORIDA **[4]**   1/1 1/7 13/10 13/22
folks **[1]**   14/13
follow **[1]**   9/13
foregoing **[1]**   17/18
foreign **[1]**   12/5
form **[1]**   17/18
forward **[1]**   14/3
fraud **[7]**   6/12 6/15 6/20 10/24 10/24
  10/24 10/25
free **[1]**   3/1
Friday **[10]**   7/17 7/19 7/23 8/18
  12/16 14/12 14/19 14/20 14/24 15/24
further **[2]**   15/19 15/22
future **[2]**   4/11 9/16

**G**

gave **[1]**   6/25
Georgia **[1]**   17/5
get **[4]**   4/15 7/3 8/11 12/20
Giglio **[2]**   9/9 15/14
give **[1]**   11/24
gladly **[1]**   14/3
go **[1]**   9/4
going **[5]**   8/24 12/3 12/9 12/11 12/17
good **[10]**   2/6 2/8 2/11 8/9 14/15
  15/5 15/6 15/8 16/1 16/4
got **[3]**   4/23 15/2 15/5
government **[10]**   2/5 4/21 5/4 4/9 5/5
  9/11 11/4 11/4 12/19 15/16 15/19
government's **[1]**   7/11
grand **[1]**   10/21
great **[2]**   7/19 14/25
guess **[1]**   15/10
guys **[1]**   2/24

**H**

had **[1]**   13/5
hand **[1]**   4/14
hands **[1]**   15/6
happen **[1]**   12/9
happening **[1]**   12/11
has **[8]**   2/15 6/21 11/4 11/12 11/18
  13/15 13/20 14/9
hasn't **[1]**   8/14
have **[26]**
haven't **[1]**   9/21
he **[14]**   3/16 8/6 8/6 8/9 10/13 10/22
  11/2 11/9 11/22 12/7 13/2 13/7 13/8
  14/4
he's **[1]**   10/12
hear **[3]**   4/13 11/23 13/25
hearing **[16]**   1/12 4/12 5/3 5/4 5/7
  7/17 8/1 8/19 9/15 12/7 12/16 12/24
  13/1 13/17 14/13 14/24
here **[10]**   3/10 3/15 4/24 5/22 10/12
  10/13 11/19 12/10 12/15 13/8
hereby **[1]**   17/5

**him** **[4]**   8/7 11/16 11/17 13/4
his **[2]**   12/14 12/16
hold **[3]**   5/8 11/24 11/24
Honor **[25]**
HONORABLE **[1]**   1/13
hopefully **[2]**   2/17 14/21
however **[1]**   11/8

**I**

I'll **[1]**   14/13
I'm **[9]**   7/21 9/20 9/20 9/21 10/12
  11/23 12/24 13/17 14/12
idea **[1]**   7/3
identify **[1]**   2/4
inadequate **[1]**   17/13
inaudible **[9]**   8/4 8/5 8/8 9/9 9/14
  9/18 10/4 10/25 17/12
incidents **[1]**   6/11
inclined **[1]**   14/1
including **[3]**   9/11 10/23 15/16
indicted **[2]**   10/21 10/23
indictment **[9]**   3/11 3/12 6/9 9/21
  9/22 11/17 11/18 12/22 13/19
indictments **[2]**   5/24 10/15
indulgence **[1]**   10/2
information **[1]**   14/22
initial **[3]**   1/12 3/10 8/6
instructions **[1]**   9/12 15/17
interference **[4]**   11/21 11/22 17/13
  17/14
International **[1]**   11/11
is **[46]**
issue **[2]**   2/18 10/1 10/3 10/19
it **[15]**   3/3 3/6 3/8 4/15 6/9 7/1
  8/10 8/13 8/14 9/20 12/18 12/25
  13/14 14/9 14/23
it's **[6]**   6/8 6/9 8/25 9/18 9/21
  15/14
its **[2]**   9/5 9/8

**J**

Jason **[3]**   1/19 1/20 2/11
JIC **[2]**   1/2 17/10
judge **[4]**   1/13 2/23 5/6 7/24
judge's **[1]**   8/11
Judith **[3]**   1/24 17/4 17/24
jurisdiction **[4]**   13/3 13/13 14/5
  14/9
jury **[5]**   9/12 10/21 15/17
just **[7]**   6/24 8/3 9/21 11/25 12/3
  14/11 15/10
Justice's **[1]**   11/11

**K**

kind **[1]**   8/21
know **[8]**   3/20 4/14 4/23 7/8 8/10
  8/22 11/17 14/10
Kreiss **[16]**   1/19 1/20 2/11 2/14 3/5
  3/15 4/4 4/23 7/8 7/16 7/18 9/15
  9/17 11/15 12/20 15/21

**L**

last **[5]**   2/20 2/23 9/4 10/21 13/19
later **[2]**   2/18 3/18
law **[3]**   6/11 6/18 6/25
lawyer **[3]**   5/1 15/3 15/5
leave **[1]**   3/1
lengthier **[2]**   6/9 6/9
let **[5]**   3/20 4/14 8/21 11/17 14/10
let's **[1]**   3/8
Lets **[1]**   11/24
letting **[1]**   9/4
Levine **[22]**
Levine's **[1]**   7/25
like **[4]**   2/25 3/19 7/17 8/7
likely **[1]**   8/25
limitations **[1]**   17/15
line **[1]**   2/25
little **[2]**   3/17 12/3
lodged **[1]**   11/6
looking **[2]**   6/3 6/7
lots **[1]**   15/2
love **[1]**   13/25
luck **[1]**   16/1
lying **[1]**   6/5

**M**

ma'am **[2]**   5/10 16/2
machine **[1]**   17/7
made **[2]**   12/22 13/19
magistrate **[2]**   1/13 8/11
mail **[1]**   6/20
make **[1]**   12/14
making **[2]**   6/1 12/24
malfunction **[1]**   4/13
manner **[2]**   9/10 15/15
marshals **[1]**   12/1
Maryland **[2]**   9/8 15/14
material **[2]**   9/9 15/14
materials **[1]**   9/10
matter **[6]**   8/17 13/5 13/5 13/13
  13/18 17/9
maximum **[7]**   6/3 6/7 6/13 6/16 6/21
  6/25 7/3
may **[3]**   5/15 9/10 15/15
Maybe **[1]**   14/11
me **[6]**   4/9 7/24 8/7 8/18 11/12 17/18
meet **[4]**   2/8 5/2 9/14 14/20
merely **[1]**   7/2
might **[1]**   15/10
mind **[1]**   8/10
minute **[1]**   10/10
moment **[1]**   10/2
Monday **[2]**   1/6 17/8
monetary **[4]**   5/8 5/12 5/15 10/25
months **[1]**   9/22
more **[4]**   2/20 3/17 10/24 14/22
morning **[8]**   2/6 2/8 2/11 8/6 8/18
  12/13 12/24 13/18
motion **[1]**   8/15
Mr. **[34]**
Mr. Day **[1]**   2/21
Mr. Kreiss **[13]**   2/14 3/5 3/15 4/4
  4/23 7/8 7/16 7/18 9/15 9/17 11/15
  12/20 15/21
Mr. Levine **[18]**
Mr. Levine's **[1]**   7/25
Mr. Wilcox **[1]**   2/21
Ms. **[8]**   2/8 2/17 4/6 6/17 8/1 12/24
  13/24 15/19
Ms. Evans **[7]**   2/8 2/17 4/6 6/17 8/1
  12/24 15/19
Ms. Evans's **[1]**   13/24
much **[3]**   4/2 15/7 15/25
my **[6]**   2/16 7/22 8/21 12/13 17/15
  17/20
myself **[1]**   5/6

**N**

nature **[1]**   7/3
need **[3]**   4/15 8/11 9/4
Neither **[1]**   9/23
New **[12]**   10/8 10/22 11/7 11/13 11/16
  12/15 12/23 13/3 13/12 13/20 14/4
  14/13
newly **[1]**   9/6
next **[1]**   4/9
Nice **[3]**   2/8 2/12 2/13
nine **[1]**   9/22
no **[9]**   1/2 2/3 2/3 2/16 4/7 5/1
  15/20 17/10 17/10
none **[2]**   3/21 4/5
nonetheless **[1]**   5/12
nonmonetary **[1]**   5/14
normally **[1]**   11/20
not **[11]**   2/25 3/16 7/1 9/10 11/9
  12/9 13/2 13/2 13/15 13/20 15/15
Nothing **[1]**   15/22
notice **[2]**   8/13 13/24
November **[1]**   1/6 17/9 17/22
now **[5]**   6/24 11/3 11/6 11/8 14/14
numbers **[1]**   6/24

**O**

oath **[1]**   6/6
object **[1]**   12/7
objection **[1]**   4/4
obligations **[1]**   9/6
obtain **[1]**   12/18
obtained **[1]**   13/20
obviously **[4]**   3/20 4/23 8/10 12/9
off **[1]**   8/22

**O**

offense [2]   6/3 6/6
Office [2]   1/18 11/11
offices [1]   17/5
okay [8]   3/8 4/16 4/17 5/11 9/25
 10/17 12/2 15/1
old [1]   15/11
one [6]   2/20 3/8 3/11 3/12 5/25 10/1
only [3]   10/18 13/9 13/22
order [5]   2/1 9/13 10/5 10/6 11/6
ordered [2]   9/7 15/12
ordinarily [1]   12/4
other [2]   3/12 10/1
our [3]   2/20 4/15 16/5
out [3]   3/16 11/16 12/22

**P**

Pages [1]   1/8
PALM [4]   1/2 1/7 8/4 8/16
particular [1]   13/18
parties [1]   2/4
passport [1]   6/2
pay [1]   4/25
penalties [1]   6/25
penalty [6]   6/3 6/7 6/13 6/16 6/18
 6/21
pending [1]   5/5 5/8 13/5
period [1]   13/6
perjury [1]   6/5
permanent [1]   3/17
person [1]   12/8
personally [2]   11/9 13/4
pilot [1]   9/21
Plaintiff [1]   1/6 1/18
please [3]   2/4 4/14 8/21
point [5]   2/16 4/12 13/1 13/24 14/8
position [1]   7/11
possible [1]   14/24
prediction [1]   7/1
preliminary [1]   9/15
present [1]   11/20
pretrial [2]   7/13 8/1
prison [4]   6/4 6/7 6/14 6/16
private [1]   4/25
problem [1]   4/16
procedurally [1]   9/5
proceed [4]   3/24 7/15 8/5 14/16
proceeding [1]   12/5
proceedings [7]   4/11 12/11 15/18
 16/7 17/8 17/17 17/19
produce [2]   9/7 15/12
producing [1]   9/10
progeny [2]   9/8 15/14
proper [1]   13/14
prosecutors [1]   11/16
protocol [1]   13/14
provide [1]   12/18
PTD [1]   14/24
purpose [1]   12/13
purposes [1]   13/1
pursuant [5]   9/8 10/4 10/12 13/15
 15/13
put [2]   8/22 13/24

**Q**

quality [1]   17/14

**R**

raise [1]   4/14
Randy [4]   1/7 2/2 2/12 17/9
reach [1]   8/21
reached [1]   11/16
readdress [1]   14/11
ready [2]   7/15 14/17
Realtime [1]   1/25 17/4 17/24
reassigned [1]   8/4
receive [2]   7/1 11/5
recently [1]   8/4
record [3]   2/5 8/3 17/19
recorded [1]   17/8
recording [11]   8/4 8/5 8/8 9/9 9/14
 9/18 10/4 11/1 17/12 17/14 17/17
reduced [1]   17/17
release [2]   5/7 5/13
released [1]   5/11

remain [1]   4/20
REMOTE [1]   1/5
remotely [1]   3/22
reported [1]   17/7
Reporter [4]   1/25 17/4 17/24 17/24
represent [2]   3/15 4/22
request [1]   11/10
requests [1]   5/4
required [1]   9/6
requires [1]   11/4
reset [1]   8/17
rest [1]   8/23
result [3]   9/11 15/15 17/13
returned [5]   3/11 3/13 11/18 12/22
 13/19
revocation [1]   5/13
right [20]
rights [2]   4/10 5/22
risk [1]   7/14
rule [2]   9/6 13/11

**S**

safe [1]   3/22
said [2]   8/6 17/17
sanctions [3]   5/13 9/11 15/16
say [2]   4/20 14/9
saying [1]   5/23 12/13
second [3]   3/12 6/5 6/8
securities [1]   10/24
see [10]   2/12 2/13 2/14 2/21 2/22
 4/13 8/24 14/12 15/1 15/23
seek [2]   11/5 11/12
seeking [1]   7/13
seen [1]   9/22
sentence [1]   7/1
separate [4]   3/5 3/6 5/23 5/24
serious [1]   7/3
set [4]   5/15 7/17 7/25 14/23
she [1]   14/3
should [1]   14/4
Signature [1]   17/24
significant [1]   13/6
silent [1]   9/7
sir [5]   5/9 5/16 5/19 6/22 16/1
sitting [1]   10/22
skill [1]   17/20
Smyrna [1]   17/5
soil [1]   11/3
some [1]   14/21
somehow [1]   8/20
something [2]   14/6 14/9
sometime [1]   14/1
soon [1]   12/17
sorry [5]   9/20 9/20 9/24 10/12 11/23
SOUTHERN [13]   1/1 10/7 10/22 11/7
 11/13 12/15 12/23 13/3 13/9 13/12
 13/20 13/21 14/13
speak [1]   14/6
special [1]   5/14
specialty [1]   13/11
specifically [1]   13/9
spoke [1]   7/16
spoken [2]   2/17 11/15
spreading [1]   3/22
statement [4]   6/1 12/14 12/23 13/24
STATES [17]   1/1 1/5 1/13 1/18 2/2
 2/7 5/19 9/7 11/2 11/3 11/5 11/8
 11/12 12/10 12/17 13/7 15/12
statutory [1]   7/2
stay [3]   2/25 3/22 9/1
Stenograph [1]   17/7
step [1]   3/9
Stephanie [2]   1/18 2/6
stipulate [1]   8/20
stipulation [1]   8/25
stop [1]   10/10
stuff [1]   15/2
subject [2]   5/12 12/5
sure [2]   14/12 14/20

**T**

take [4]   3/6 3/8 8/22 9/20
talk [2]   3/17 15/2
technical [1]   11/21 11/22 17/12
technological [1]   17/14
teleconference [2]   1/5 17/8

tell [1]   7/2
temporarily [1]   4/24
temporary [5]   2/14 2/17 3/15 7/8
 14/17
ten [1]   6/3
thank [16]   4/23 5/1 5/2 6/24 6/25
 5/21 6/19 7/7 8/11 15/4 15/7 15/22
 15/25 16/2 16/3 16/5
that [62]
that's [5]   10/19 10/19 12/2 12/9
 14/6
their [1]   11/6
them [3]   4/14 8/16 11/24
themselves [1]   2/5
then [4]   11/21 14/14 14/21 15/1
there [5]   3/5 4/12 10/3 12/22 14/12
these [5]   8/15 9/10 10/15 10/18
 12/11
they [2]   13/25 14/2
thing [4]   2/20 3/19 4/9 9/4
think [4]   8/25 9/18 12/21 13/23
this [31]
those [5]   3/13 5/21 6/13 6/24 6/25
though [1]   6/11
thought [1]   9/17
through [4]   1/8 6/12 6/15 13/21
time [7]   3/9 5/6 7/21 8/8 13/1 13/6
 13/6
timely [2]   9/10 15/15
today [5]   4/11 4/12 5/22 7/15 12/16
together [1]   8/24
total [1]   6/10
touch [1]   9/1
transactions [1]   10/25
Transcribed [1]   1/24
TRANSCRIBER'S [1]   17/2
transcript [4]   1/12 12/18 14/4 17/18
treaty [1]   11/3 13/15
trial [2]   5/5 5/8
true [1]   17/19
try [1]   11/13
trying [1]   3/22
two [8]   3/5 3/6 5/23 5/24 6/1 8/20
 10/15 10/18
type [1]   4/13
typewritten [1]   17/18

**U**

U.S [1]   11/3
under [2]   6/6 13/11
understand [6]   5/8 5/15 6/22 6/23
 7/5 13/23
unique [2]   10/3 11/19
UNITED [17]   1/1 1/5 1/13 1/18 2/2
 2/7 5/19 9/6 11/2 11/3 11/5 11/8
 11/12 12/10 12/17 13/7 15/12
unlawful [1]   11/1
unless [2]   9/15 13/13
unrelated [1]   10/8
up [3]   6/3 8/25 12/17
us [5]   3/21 4/13 4/13 4/14 14/10
USA [1]   17/9
used [1]   4/20

**V**

VALLE [1]   1/13
various [2]   10/8 10/23
very [3]   4/2 15/11 15/25
video [3]   1/5 3/25 17/8
violate [1]   5/14
violating [1]   6/11
vs [5]   1/6 2/2 9/8 15/13 17/9

**W**

waiting [2]   2/22 7/21
waive [1]   9/15
want [1]   3/24
was [18]
wave [1]   4/14
we [18]
we'll [2]   3/17 15/1
We're [4]   3/21 3/22 7/13 8/24
week [4]   2/18 8/16 10/21 13/19
welcome [2]   2/25 3/4 4/3 4/19
well [5]   5/3 9/13 11/14 14/2 15/10
were [3]   7/2 16/7 17/17

**W**

**WEST [4]**  1/2 1/7 8/4 8/16
**What [1]**  7/11
**whatever [1]**  4/15
**where [1]**  12/7
**whether [2]**  3/16 5/7
**which [7]**  4/23 5/25 6/8 6/20 9/9
 12/17 13/15
**who [1]**  11/20
**why [1]**  6/17
**Wilcox [1]**  2/21
**will [12]**  2/4 3/16 7/25 8/15 8/17
 9/1 9/13 9/14 11/12 12/17 14/23
 15/23
**wire [4]**  6/12 6/15 10/24 10/25
**wishes [1]**  14/8
**Wolff [3]**  1/24 17/4 17/24
**won't [1]**  14/2
**work [3]**  3/16 8/24 11/25
**would [20]**
**wrinkle [1]**  11/19
**written [1]**  9/13
**Wyatt [1]**  1/19

**Y**

**year [1]**  6/21
**years [4]**  6/4 6/7 6/13 6/16
**yes [14]**  2/23 3/7 5/10 5/17 5/20 7/6
 7/6 7/13 8/14 9/24 10/11 10/16 10/16
 13/23
**yet [2]**  8/14 13/16
**York [12]**  10/8 10/22 11/7 11/13
 11/16 12/15 12/23 13/4 13/12 13/20
 14/4 14/14
**you [96]**
**you'll [1]**  14/21
**you're [7]**  2/25 3/4 4/3 4/19 6/6
 13/25 15/5
**you've [2]**  4/23 15/5
**your [36]**