UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,   CASE NO: 05-80089-CR
                                         07-80128-CR
Plaintiff

vs.

Randy Craig Levine

**SENTENCING MINUTES**

DATE: 8-13-21   Court Reporter: ~~Stephen Franklin~~ Ilona Lupowitz
AUSA: Robin Waugh   Defense Counsel: Jason Kreiss
                    Deputy Clerk: Irene Ferrante

**JUDGMENT AND SENTENCE**

Imprisonment  48  MONTHS as to COUNTS 2 - #05-80089-CR
Ct. 24 - #07-80128-CR
to run concurrently

Probation _____ YEARS as to COUNTS _____

Supervised Release  3  YEARS as to Counts  2 + 24 - concurrently

____ Association restriction   ____ Employment Requirement   ✓ Permissible Search   ____ Deportation
✓ Mental Health Treatment   ✓ Substance abuse treatment   ✓ Financial disclosure   ____ No debt
✓ No self-employment   ____ Related concern restriction   ____ Sex offender conditions

Assessment $200.00   Fine  Ø   Restitution: $608,446.20

____ Counts remaining dismissed on Government motion _____
✓ Defendant advised of his right to appeal.
✓ Remanded to U.S. Marshal
____ Voluntary Surrender on or before _____
Recommendation to the Bureau of Prisons  6-9-20 time served
RDAP program, southeastern region

Time in court: :20